NUMBER 13-04-119-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
DAVID ROBLES,                                                               Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 105th District Court
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, DAVID ROBLES, attempted to perfect an appeal from an order
denying request for recommendation of commutation of sentence and an order denying
petition for reconsideration, entered by the 105th District Court of Nueces County,
Texas, in cause no. 12404. Upon review of the documents on file, it appeared that
the orders from which this appeal was taken were not appealable orders. Notice of
this defect was given so that steps could be taken to correct same, if it could be done. 
To date, appellant has failed to respond to this Court’s notice or otherwise correct the
defect.
         The Court, having considered the documents on file and appellant’s failure to
respond to this Court’s notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                               PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 22nd day of April, 2004.